# Court of Appeals
# of the State of Georgia

ATLANTA,   June 20, 2012

*The Court of Appeals hereby passes the following order:*

**A12A1706.  WESLEY EUGENE DOLLAR v. THE STATE.**

Wesley Eugene Dollar filed a notice of appeal to this Court from an order dismissing his petition for mandamus.[1]  "[C]ases involving the grant or denial of mandamus are within the exclusive jurisdiction of [the Supreme] Court without regard to the underlying subject matter or the legal issues raised." (Citations and punctuation omitted.)  *Ladzinske v. Allen*, 280 Ga. 264 (626 SE2d 83) (2006).  Because the Supreme Court has appellate jurisdiction in cases involving extraordinary remedies, this appeal is TRANSFERRED to the Supreme Court.  See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (5); OCGA § 9-6-28.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 06/20/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

 *, Clerk.*

---

[1] Dollar's petition for mandamus is located at page 12 of the record.  Before filing his petition, Dollar appealed the trial court's denial of his motion for out-of-time appeal.  We affirmed the trial court's ruling in an unpublished opinion.  See *Dollar v. State*, Case No. A11A1523 (decided February 21, 2012).